Page 2

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 16 2018 ★

LONG ISLAND OFFICE

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District | Eastern District |
|---|---|---|

| Name (under which you were convicted): Pierre Marcel Sanchez | Docket or Case No.: 00826-2017 |
|---|---|

| Place of Confinement: Fishkill Correctional Facility | Prisoner No.: 18A2324 |
|---|---|

| Petitioner (include the name under which you were convicted) Pierre Sanchez | v. | Respondent (authorized person having custody of petitioner) State of New York |
|---|---|---|

| The Attorney General of the State of | New York |
|---|---|

**CV-18 4637**

**PETITION**

**BIANCO, J.**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Supreme Court, County of Queens

   (b) Criminal docket or case number (if you know): 00826-17

2. (a) Date of the judgment of conviction (if you know): ~~3/5/18~~

   (b) Date of sentencing: 3/5/18

3. Length of sentence: 2-4 with 8 months running Consecutive

4. In this case, were you convicted on more than one count or of more than one crime?  Yes ☑  No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: CRMCTP1 PL 215.51 (B5)
   CRMCTP1 PL 215.51 (06)
   CRMCTP1 PL 215.51 (B2)
   CRMCTP2 PL 215.50 (03)

6. (a) What was your plea? (Check one)

   (1)  Not guilty ✓        (3)  Nolo contendere (no contest) ☐

   (2)  Guilty ☐            (4)  Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge,
   what did you plead guilty to and what did you plead not guilty to?

**RECEIVED**

AUG 16 2018

**EDNY PRO SE OFFICE**

_____
_____
_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☑      Judge only ☐

7.  Did you testify at either a pretrial hearing, trial or a post-trial hearing?

    Yes ☐  No ☑

8.  Did you appeal from the judgment of conviction?

    Yes ☐  No ☑

9.  If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____
_____
_____
_____
_____
_____

(g) Did you seek further review by a higher state court?    Yes ☐  No ☑

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____
    _____

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____
    _____
    _____
    _____

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐  No ☑

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

Page 4

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Queens Supreme Court_

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _End of March (Less then 30 days)_

(4) Nature of the proceeding: _440.10_

(5) Grounds raised: _Illegal sentence, Brady violations, Late Discovery (Past jury selection) Two unrelated events in the same Grand jury._

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐   No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _Queens Supreme Court_

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _May_

(4) Nature of the proceeding: _440.10 (1) (G)_

(5) Grounds raised: _Cell phone of Defendant found, which contro-dicts all testimony of "victim". Request for "victim" to be placed back under oath and questioned. Phone records of "victim" subpoenaed as far back as possible. I can prove "victim" is lying in the grand jury. L.W. 16 - L.W. 17 Exhibits A & B_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _Queens Supreme Court_

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _7/16/18_

(4) Nature of the proceeding: _Order to produce_

(5) Grounds raised: _Illegal sentence pursuant to P.L. 70.35_
_New York state Law._

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition,

application, or motion?

(1) First petition:   Yes ☑ No ☐

(2) Second petition:   Yes ☑ No ☐

(3) Third petition:   Yes ☑ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____
_To my knowledge Queens Supreme Court is the highest_
_Court, concerning motions. I also contacted the_
_Chief Judy of New York State and the N.Y.S. Commission_
_on Judicial Conduct. Exhibit (C)_

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** _My sentence is illegal pursuant to 70.35 (PL)_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
_2-4 year prison term cannot by Law run consecutive to 8 months, under one indictment._

(b) If you did not exhaust your state remedies on Ground One, explain why: _As far as I know motions can only be granted by sentencing judge. The grounds that I want a new trial are to be raised in motions._

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _Not the proper venue Must be raised in 440.10 motion_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _440.10 / 440.10(1)(g) / Order to produce_

Name and location of the court where the motion or petition was filed: _Queens Supreme Court_

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): *No response other to State that it will be placed on the Motion Calendar*

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** *Brady Violations*

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*911 tapes were held until after jury was picked and a couple of days before end of trial.*

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
_____
_____

(c)  **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: *Motion is the proper*
*way to counter, brady violations. As far as I know.*

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *440.10*

Name and location of the court where the motion or petition was filed: *Queens Supreme*
*Court.*

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): *No response*
_____
_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

**GROUND THREE:** *Two unrelated cases in the same grand jury.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*One incident happened on 1/4/2017 and the other offense happened on March 9, 2017 according to the court. I was sentenced under one indictment # number which is 00826-17.*

(b) If you did not exhaust your state remedies on Ground Three, explain why: *Motions are the proper way to fight this violation as far as I know.*

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☒   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Order to produce*

Name and location of the court where the motion or petition was filed: *Queens Supreme Court*

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): ___*No answer*_____

_____

_____

(3) Did you receive a hearing on your motion or petition?
Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?
Yes ☐ No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐ No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      Yes ☐ No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

      Yes ☐ No ☐

    (4) Did you appeal from the denial of your motion or petition?

      Yes ☐ No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐ No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  Yes ☐  No ☐

  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: *Judge Modica's conduct during trial. Facial expressions etc. All played a negative part in my trial. Allowing the prosecutor to read a statement from "victim" at sentencing that was filled with unsubstantiated things.*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐  No ☑

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinions or orders, if available. _____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?      Yes ☐ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Only the Motions and the order to produce that I have mentioned per this document. I have never been given any information on them.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing: Raymond Queliz

   (b) At arraignment and plea: Raymond Queliz

   (c) At trial: Raymond Queliz

   (d) At sentencing: Raymond Queliz

   (e) On appeal:

   (f) In any post-conviction proceeding: Pro Se

   (g) On appeal from any ruling against you in a post-conviction proceeding: Pro Se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☑

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed:

   (c) Give the length of the other sentence:

   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of —
   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Please over-turn my_
_Conviction and grant a new trial. I can prove that I_
_did not do what is accused. At the least please sentence me_
or any other relief to which petitioner may be entitled. _Correctly to 2-4 yrs or lower._

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Petition for Writ of Habeas Corpus was placed in the prison mailing system on _August, fourteenth_
_of ~~thousan~~ 2018_____ (month, date, year).  _8/14/18_

Executed (signed) on ___ _8/14/18_ _____ (date).

_Pierre Jn_  _18A2324_
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing
this petition. _____
_____
_____

**Supreme Court of the State of New York**
**Criminal Term - Annex, Room E-121**
**125-01 Queens Boulevard**
**Kew Gardens, N.Y. 11415**

DATE_____ 07/16/2018 _____

RE: PEOPLE v. _____ SANCHEZ,PIERRE _____

INDICTMENT _00826-17_ _____-__ _____-__

PIERRE SANCHEZ
_____

DIN: 18A2324
_____

DOWNSTATE C.F.
_____

BOX F, OLD SCHOOLHOUSE RD.
_____

FISHKILL, NY 12524-0445
_____

Dear Sir/Madam,

We have received your application for the following relief

MOTION TO VACATE JUDGMENT
_____

This application will be placed on the Motion Calendar for

_____07/20/2018_____ in Part _____K-15_____ . As soon as the Court

renders its decision, you will be notified by the Part which is deciding your

Motion.

MOTION DEPARTMENT



**NEW YORK STATE**
**COMMISSION ON JUDICIAL CONDUCT**

JOSEPH W. BELLUCK, CHAIR
PAUL B. HARDING, VICE CHAIR
JODIE CORNGOLD
HON. JOHN A. FALK
TAA GRAYS
HON. LESLIE G. LEACH
HON. ANGELA M. MAZZARELLI
MARVIN RAY RASKIN
RICHARD A. STOLOFF
AKOSUA GARCIA YEBOAH
MEMBERS

JEAN M. SAVANYU, CLERK

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800    646-458-0038
TELEPHONE        FACSIMILE
www.cjc.ny.gov

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

MARK LEVINE
DEPUTY ADMINISTRATOR

PAMELA TISHMAN
PRINCIPAL ATTORNEY

BRENDA CORREA
SENIOR ATTORNEY

KELVIN S. DAVIS
DANIEL W. DAVIS
STAFF ATTORNEYS

ALAN W. FRIEDBERG
MELISSA DIPALO
SPECIAL COUNSELS

<u>**CONFIDENTIAL**</u>

August 3, 2018

Pierre Sanchez
#18A2324
Downstate Correctional Facility
Box F
Red Schoolhouse Road
Fishkill, New York 12524-0445

<u>Re: 2018/N-0675</u>

Dear Mr. Sanchez:

This is to acknowledge receipt by the State Commission on Judicial
Conduct of your complaint dated July 19, 2018.

Your complaint will be presented to the Commission, which will decide
whether or not to inquire into it.  We will contact you after the Commission has
reviewed the matter.

For your information, we have enclosed some background material about
the Commission, its jurisdiction and its limitations.

Very truly yours,

Laura Archilla Soto
Assistant Administrative Officer

Encl.

(Exhibit A) 000269

L. W. 16

1   relationship with Mr. Sanchez?

2       A.  We were together until my daughter was maybe two

3   years old.  She's now 13.

4       Q.  Since that time you've been apart?

5       A.  Yes.

6       Q.  Other than the interactions you have had with

7   Mr. Sanchez in these instances that we've talked about,

8   what conversations have you had with Mr. Sanchez?

9       A.  I have not had any conversation with him.  That's

10  why I have the order.

11      Q.  Okay.

12          MR. MUSCARELLA: Do any members of the Grand

13          Jury have any questions?

14          Okay.  So, now that the orders of protection

15          have been moved into evidence, I am going to read

16          pertinent parts of the order of protection.

17          This order of protection is Grand Jury

18          Exhibit 1, which is issued by Nassau County

19          Supreme Court issued on November 14, 2016.

20          That's November 14, 2016 and expires November 13,

21          2017.  So that on the order of protection, on

22          Exhibit 1, it's checked off that the defendant

23          was advised in court of the issuance and contents

24          of the order of protection.  And underneath it is

25          checked off, the box that the defendant was



000270

```
1          personally served the order in court.  And the
2          defendant's signature appears on the signature
3          line of this order of protection.
4               On Grand Jury Exhibit 2, which is the Queens
5          County order of protection, it's also a full stay
6          way order of protection.  It's dated January 5,
7          2017.  And it expires on July 3, 2017.  Again,
8          the box defendant was advised in court of
9          issuance and contents of said word, is checked
10         off.  In addition the order was personally served
11         to the defendant in court.  That box is checked
12         off and the defendant's signature appears on the
13         signature line of said order.
14              Are there any other questions from the
15         members of the Grand Jury?
16    Q.   Do you, Ms. Perrone do you know where Mr.
17  Sanchez works?
18    A.   No.
19    Q.   Do you know where he lives?
20    A.   The last known address that I knew of years ago
21  was at his mother's house.
22    Q.   Where was that?
23    A.   Rockville Centre.
24    Q.   What county is that?
25    A.   Nassau county.
```

_Supreme_ COURT OF THE STATE OF NEW YORK

COUNTY OF _Queens   Part K15_

THE PEOPLE OF THE STATE OF NEW YORK

            against

_Pierre Sanchez  ICN 01040234_
        Defendant

**NOTICE OF MOTION**
**ORDER TO PRODUCE**

Ind# _00826-2017_

PLEASE TAKE NOTICE, that the defendant in the above entitled case, _Pierre Sanchez_, _ICN 01040234_

Upon the annexed affidavit moves this court for an OEDER, taken upon submission,

commanding the Sheriff or Chief Custodial Administrator of the Nassau County Correctional

Facility, 100 Carman Avenue, East Meadow N.Y. 11554, Where defendant is presently

incarcerated, to transport and produce said defendant for appearance in this court, at the earliest

possible date, to enable the defendant to be heard on issues of necessity and importance, and

satisfying defendants equal access and due process rights, guaranteed by both the New York

State and the United States Constitution. Authority for this order is made under New York

Criminal Procedure Law Section 550.10 (2)(a).

Dated: _May 15_, 20 _18_

                                  Respectfully Submitted,

                                  _Pierre_

1

_Supreme_ COURT OF THE STATE OF NEW YORK

COUNTY OF _Queens Part K15_

THE PEOPLE OF THE STATE OF NEW YORK

**SUPPORTING AFFIDAVIT**

against

Ind # _00826-2017_

_Pierre Sanchez_ _ICN 01040234_
Defendant

Defendant, _Pierre Sanchez_, being duly sworn deposes and says that:

1. I am the defendant and am fully aware of the facts and statements made herein.

2. I am presently incarcerated at the Nassau County Correctional Center, 100 Carman Avenue, East Meadow N.Y. 11554, in the County of Nassau.

3. The defendant prays for an order from this court compelling the production of the defendants persons so that he may be heard on the following issue(s):

a). _440.10 motion concerning Indictment No: 00826-2017 Dated march 8th 2018. I was sentenced to an illegal sentence pursuint to 70.35. I was sentenced to a 2-4 year sentence running consecutive to a 8 month county time._

WHEREFORE, the defendant prays for an order of this court granting the relief sought herein, and for such and further relief as the court deems just and proper.

Appeared before me on this _15th_ day of

_May_, 20 _18_

respectfully submitted,

_Pierre_

Deborah Ann Sappia
Notary Public, State of New York
N  01 SA6360651
Qualified in Nassau County
Commission Expires 10/16/202(

2

# AFFIDAVITT OF SERVICE

I, _Pierre Sanchez_____, being duly sworn deposes and says:

I have placed and submitted the within; _440-10 Motion_____

_____

And copies of the moving papers, to the following parties in this action, to be mailed via, the

United States Postal Service, by placing the same in the mail box located at the Nassau County

Correctional Center, 100 Carman Avenue, East Meadow N.Y. 11554, on the _____ day of

_____ 20 _____.

    Parties to who the above have been sent are as follows:

_Queens Supreme Court K15 / Clerk of the Supreme Court_

_of K15 Queens Court 125-01 Queens Boulevard_

_Kew Gardens, NY 11415_

Respectfully submitted,

_Pierre_____

Sworn to before me this _15th_____

Day of _May_____ 20 _18_

_____

       Notary Public

**Deborah Ann Sappia**
**Notary Public, State of New York**
**No. 01SA6366851**
**Qualified in Nassau County**
**Commission Expires 10/16/2021**

3



# Supreme Court State of New York
## 125-01 Queens Boulevard
## Kew Gardens, NY 11415
### CRIMINAL TERM

Pierre Sanchez DIN#18A2324
Downstate Correctional Facility
Box F
Red Shoolhouse Rd
Fishkill, NY, 12524-0445

To: Pierre Sanchez

Subject: JAIL TIME STATUS

Date: June 20, 2018

In reference to your letter you must contact the Dept of Correction at one of the addresses listed below, as the Courts have no jurisdiction over jail time credit.

**STATE TIME**

NEW YORK STATE DEPT. OF CORRECTIONS
DIANE HOLFORD
1220 WASHINGTON AVE..
BLDG. 2
ALBANY, N.Y.  12226-2050
ATTN: SENTENCE REVIEW

**CITY TIME**

OFFICE OF GENERAL COUNSEL
NEW YORK CITY DEPARTMENT OF CORRECTIONS
75-20 ASTORIA BLVD., SUITE 305
E. ELMHURST, NY 11370

CORRESPONDENCE UNIT

UNIFORM SENTENCE & COMMITMENT

UCS-854(8/2011)

**STATE OF NEW YORK**
**SUPREME COURT, COUNTY OF QUEENS**
**PRESENT: HON MODICA,D**

| | |
|---|---|
| Court Part: | K15 |
| Court Reporter: | V.DUNNOM |
| Superior Ct. Case #: | 00826-2017 |

The People of the State of New York

-vs-
PIERRE SANCHEZ
Defendant

18A2324

| Accessory Instrument Charge(s) | | Count # | Law/Section & Subdivision |
|---|---|---|---|
| 1 | CRMCTPT1 | 3 | PL 215.51(B1) |
| 2 | CRMCTPT1 | 4 | PL 215.51(B5) |
| 3 | CMIS4 | 7 | PL 145.00(04) |
| 4 | ROB3 | 1 | PL 160.05(00) |

| Male | 06/17/1982 | 09727144Y | 67968484R | |
|---|---|---|---|---|
| Sex | DOB | NYSID #: | Criminal Justice Tracking # | Date(s) of Offense: 01/04/2017   To ___ |

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY  [ ] PLEA OR [✓] VERDICT ] , THE MOST SERIOUS
OFFENSE BEING A  [ [✓] FELONY   OR   [ ] MISDEMEANOR OR [ ] VIOLATION ] , IS HEREBY SENTENCED TO:

| Crime | Count # | Law/Section & Subdivision | SMF,Hate or Terror | Minimum Period | Maximum Term | Definite / Determinate ** | Post-Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|
| 1 CRMCTPT1 | 4 | PL 215.51(B5) | | 2 Y | 4 Y | | | |
| 2 CRMCTPT1 | 5 | PL 215.51(B6) | | 2 Y | 4 Y | | | |
| 3 CRMCTPT1 | 9 | PL 215.51(B2) | | 2 Y | 4 Y | | | |
| 4 CRMCTPT2 | 12 | PL 215.50(03) | | | | 1 year (Def) | | |
| 5 | | | | | | | | |

**\*\* NOTE: For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].**

[✓] Counts 4,5,9 shall run CONCURRENTLY with each other   [✓] Count(s) 12 shall run CONSECUTIVELY to count(s) 4,5,9
[ ] Sentence imposed herein shall run CONCURRENTLY with ___ and/or CONSECUTIVELY to
[ ] Sentence imposed herein shall include a CONSECUTIVE ___ term of [ [ ] PROBATION   OR   [ ] CONDITIONAL DISCHARGE ].
  with an Ignition Interlock Device condition, that shall commence upon the defendant's release from imprisonment [PL § 60.21]
[ ] Conviction includes:   WEAPON TYPE: ___ and/or DRUG TYPE: ___
[ ] Charged as a  JUVENILE OFFENDER - age at time crime committed: ___ years    [ ] Court certified the Defendant a  SEX OFFENDER [Cor. L § 168-d]
[ ] Adjudicated a YOUTHFUL OFFENDER [CPL § 720.20]    [ ] CASAT ordered [PL § 60.04(6)]
[ ] Execute as a sentence of PAROLE SUPERVISION [CPL § 410.91]    [ ] SHOCK INCARCERATION ordered [PL § 60.04(7)]
[ ] Re-sentenced as a PROBATION VIOLATOR [CPL § 410.70]

[✓] As a:  [✓] Second  [ ] Second Violent  [ ] Second Drug  [ ] Second Drug w/prior VFO  [ ] Predicate Sex Offender    **FELONY**
        [ ] Predicate Sex Offender w/prior VFO  [ ] Second Child Sexual Assault  [ ] Persistent  [ ] Persistent Violent    **OFFENDER**

| Paid | Not Paid | Deferred | (If deferred, court must file written order [CPL §420.40(5)]) | | Paid | Not Paid | Deferred | (If deferred, court must file written order [CPL §420.40(5)]) | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | Mandatory Surcharge | $300.00 | [ ] | [✓] | [ ] | Crime Victim Assistance Fee | $25.00 |
| [ ] | [ ] | [ ] | Fine | $___ | [ ] | [ ] | [ ] | Restitution | $___ |
| [ ] | [✓] | [ ] | DNA Fee | $50.00 | [ ] | [ ] | [ ] | Sex Offender Registration Fee | $___ |
| [ ] | [ ] | [ ] | DWI/Other | $___ | [ ] | [ ] | [ ] | Supplemental Sex Off. Victim Fee | $___ |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

[✓] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of the NYSDOCS, (New York City Department of Corrections) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.
[ ] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older presently in the custody of the NYSDOCS,  defendant shall remain in the custody of the NYSDOCS.
[ ] NYS Office of Children and Family Services in accordance with the law, being a person less than sixteen (16) years of age at the time the crime was committed.
___ County Jail/Correctional Facility

TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.
**REMARKS:**
Counts 4,5,& 9 concurrent. Count 12 consecutive to counts 4,5 & 9.
Psyciatric Attention requested.

| Pre-Sentence Investigation Report   Attached: | [✓] Yes | [ ] No | |
|---|---|---|---|
| Order of Protection Issued: | [✓] Yes | [ ] No | [ ] Amended Commitment: Original Sentence Date: ___ |
| Order of Protection Attached: | [✓] Yes | [ ] No | |

| 03/05/2018 | PHEFFER,A | by: ___ | | SCC |
|---|---|---|---|---|
| Date | Clerk of the Court | | Signature | Title |

**UNIFORM SENTENCE & COMMITMENT**
**Overflow Sheet**

18A2324

TE OF NEW YORK
OURT: COUNTY OF QUEENS

Superior Ct. Case #:   00826-2017

| | |
|---|---|
| Sex: | Male |
| DOB: | 06/17/1982 |
| NYSID: | 09727144Y |
| CJTN: | 67968484R |
| Date of Offense: | 01/04/2017 |

People of the State of New York
vs.
PIERRE SANCHEZ

To: _____

above named defendant having been charged by way of indictment or SCI with:

| Indictment/SCI Charges: | Count # | Law Section & Subdivision: | Indictment/SCI Charges: | Count # | Law Section & Subdivision: |
|---|---|---|---|---|---|
| MCTPT1 | 5 | PL 215.51(B6) | | | |
| LKING3 | 10 | PL 120.50(03) | | | |
| LKING4 | 11 | PL 120.45(03) | | | |
| T-ASLT3 | 8 | PL 110-120.00(01) | | | |
| AR4 | 2 | PL 155.30(05) | | | |
| MCTPT1 | 9 | PL 215.51(B2) | | | |
| MCTPT2 | 12 | PL 215.50(03) | | | |
| NC2 | 6 | PL 120.14(01) | | | |

above named defendant having been convicted of the most serious offense being a
☑ Felony ☐ Misdemeanor ☐ Violation by ☐ Plea ☑ Verdict for the crimes of:

| Crime | Count # | Law/Section & Subdivision | SMF/Hate/ Terrorism | Min. Term | Max. Term | Definite | Post Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5/2018 | PHEFFER,A | by: | | SCC | |
| Date | Clerk of the Court | | Signature | Title | |

Page 2 of 2